# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138659

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                          SC: 138659
                                          COA: 279500

LEONARD GREGORY WALKER,
          Defendant-Appellant.
                                          Wayne CC: 07-006407-01

_____/

     On order of the Court, the application for leave to appeal the February 19, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

_____
Clerk

d0615